No. 92–1646. BARKLEY *v.* UNITED STATES (Reported below: 37 M. J. 198); RICE *v.* UNITED STATES (36 M. J. 264); CARNEY *v.* UNITED STATES (37 M. J. 198); DENET *v.* UNITED STATES (37 M. J. 198); HERRON *v.* UNITED STATES (37 M. J. 198); GILL *v.* UNITED STATES (37 M. J. 198); HAYWOOD *v.* UNITED STATES (37 M. J. 198); HERLONG *v.* UNITED STATES (37 M. J. 198); HOLLAND *v.* UNITED STATES (37 M. J. 198); MCDONALD *v.* UNITED STATES (37 M. J. 198); MORRISON *v.* UNITED STATES (37 M. J. 198); SIER *v.* UNITED STATES (37 M. J. 198); AGUIAR *v.* UNITED STATES (37 M. J. 200); CLAYTON *v.* UNITED STATES (37 M. J. 200); FERGERSON *v.* UNITED STATES (37 M. J. 200); HILL *v.* UNITED STATES (37 M. J. 201); HONABACH *v.* UNITED STATES (37 M. J. 200); HYLIN *v.* UNITED STATES (37 M. J. 200); JACKSON *v.* UNITED STATES (37 M. J. 200); LEE *v.* UNITED STATES (37 M. J. 200); MARTIN *v.* UNITED STATES (37 M. J. 200); BAILEY *v.* UNITED STATES (37 M. J. 202); GERWIN *v.* UNITED STATES (37 M. J. 203); JOHNSON *v.* UNITED STATES (37 M. J. 202); O'HALLORAN *v.* UNITED STATES (37 M. J. 202); PARKER *v.* UNITED STATES (37 M. J. 202); ROBINSON *v.* UNITED STATES (37 M. J. 202); WILCOXSON *v.* UNITED STATES (37 M. J. 202); BAKER *v.* UNITED STATES (37 M. J. 206); CANTY *v.* UNITED STATES (37 M. J. 206); EVANS *v.* UNITED STATES (37 M. J. 206); GRANT *v.* UNITED STATES (37 M. J. 206); HAYWARD *v.* UNITED STATES (37 M. J. 207); MADISON *v.* UNITED STATES (37 M. J. 206); MCLENDON *v.* UNITED STATES (37 M. J. 206); WOOD *v.* UNITED STATES (37 M. J. 206); BARKLEY *v.* UNITED STATES (37 M. J. 208); BELL *v.* UNITED STATES (37 M. J. 208); CAPONETTO *v.* UNITED STATES (37 M. J. 208); CLEMONS *v.* UNITED STATES (37 M. J. 208); CRAFT *v.* UNITED STATES (37 M. J. 208); CURTIS *v.* UNITED STATES (37 M. J. 208); ESTES *v.* UNITED STATES (37 M. J. 208); PHILLIPS *v.* UNITED STATES (37 M. J. 208); SAM *v.* UNITED STATES (37 M. J. 208); SENTELL *v.* UNITED STATES (37 M. J. 208); GARNER *v.* UNITED STATES (37 M. J. 210); DALLMAN *v.* UNITED STATES (37 M. J. 213); GRIM *v.* UNITED STATES (37 M. J. 230); HAMILTON *v.* UNITED STATES (37 M. J. 231); METTLER *v.* UNITED STATES (37 M. J. 231); PALAITA *v.* UNITED STATES (37 M. J. 231); BICKELS *v.* UNITED STATES (37 M. J. 234); BRADLEY *v.* UNITED STATES (37 M. J. 235); FRANCO *v.* UNITED STATES (37 M. J. 235); SCHMIDT *v.* UNITED STATES (37 M. J. 234); URICK *v.* UNITED STATES (37 M. J. 237); WALKER *v.* UNITED STATES (37 M. J. 235); BROWN *v.* UNITED STATES (37 M. J. 238); CHOY *v.* UNITED STATES (37 M. J. 238); CORREIA *v.* UNITED STATES (37 M. J. 238); GRAY *v.* UNITED

STATES (37 M. J. 238); HOLLOWAY *v.* UNITED STATES (37 M. J. 238); MURPHY *v.* UNITED STATES (37 M. J. 238); SAMS *v.* UNITED STATES (37 M. J. 238); SCOTT *v.* UNITED STATES (37 M. J. 238); SLEDGE *v.* UNITED STATES (37 M. J. 238); WILLIAMS *v.* UNITED STATES (37 M. J. 238); ALEXANDER *v.* UNITED STATES (37 M. J. 241); BUSBY *v.* UNITED STATES (37 M. J. 242); JACKSON *v.* UNITED STATES (37 M. J. 242); NORTHRUP *v.* UNITED STATES (37 M. J. 241); SPELLINGS *v.* UNITED STATES (37 M. J. 241); THOMAS *v.* UNITED STATES (37 M. J. 241); VINSON *v.* UNITED STATES (37 M. J. 242); WARREN *v.* UNITED STATES (37 M. J. 241); FOSTER *v.* UNITED STATES (37 M. J. 245); KRZCUIK *v.* UNITED STATES (37 M. J. 244); LYN *v.* UNITED STATES (37 M. J. 245); MAHONEY *v.* UNITED STATES (37 M. J. 245); PERKINS *v.* UNITED STATES (37 M. J. 246); ROACH *v.* UNITED STATES (37 M. J. 245); SANCHEZ *v.* UNITED STATES (37 M. J. 246); ARTWELL *v.* UNITED STATES (37 M. J. 249); PONTON *v.* UNITED STATES (37 M. J. 249); PRESSWOOD *v.* UNITED STATES (37 M. J. 249); GOOCH *v.* UNITED STATES (37 M. J. 252); RABB *v.* UNITED STATES (37 M. J. 253); ROBLES *v.* UNITED STATES (37 M. J. 253); TIMONEY *v.* UNITED STATES (37 M. J. 252); BLAIR *v.* UNITED STATES (37 M. J. 255); RICHARDSON *v.* UNITED STATES (37 M. J. 255); ANDERSON *v.* UNITED STATES (37 M. J. 261); HUDDLESTON *v.* UNITED STATES (37 M. J. 260); BENAVIDES *v.* UNITED STATES (37 M. J. 263); BOND *v.* UNITED STATES (37 M. J. 261); BOWERS *v.* UNITED STATES (37 M. J. 261); BROOME *v.* UNITED STATES (37 M. J. 261); BURRELL *v.* UNITED STATES (37 M. J. 260); CUBBERLY *v.* UNITED STATES (37 M. J. 260); HITCHCOCK *v.* UNITED STATES (37 M. J. 260); MERRITT *v.* UNITED STATES (37 M. J. 261); SILAS *v.* UNITED STATES (37 M. J. 263); SMITH *v.* UNITED STATES (37 M. J. 260); ST. BERNARD *v.* UNITED STATES (37 M. J. 260); CHENAULT *v.* UNITED STATES (37 M. J. 263); MATTHEWS *v.* UNITED STATES (37 M. J. 263); MORLEY *v.* UNITED STATES (37 M. J. 263); REICHA *v.* UNITED STATES (37 M. J. 263); RHYMER *v.* UNITED STATES (37 M. J. 263); TILLMAN *v.* UNITED STATES (37 M. J. 263); WADE *v.* UNITED STATES (37 M. J. 263); ALLEN *v.* UNITED STATES (37 M. J. 264); CHAPPLE *v.* UNITED STATES (37 M. J. 264); EBOW *v.* UNITED STATES (37 M. J. 264); FLEENOR *v.* UNITED STATES (37 M. J. 264); HALE *v.* UNITED STATES (37 M. J. 264); LUCAS *v.* UNITED STATES (37 M. J. 264); SCRANTON *v.* UNITED STATES (37 M. J. 264); VASIL *v.* UNITED STATES (37 M. J. 264); WHITE *v.* UNITED STATES (37 M. J. 264); BLACKLEDGE *v.* UNITED STATES (37 M. J. 265); CLOSNER *v.*

UNITED STATES (37 M. J. 265); GONZALEZ v. UNITED STATES (37 M. J. 265); GREEN v. UNITED STATES (37 M. J. 265); LUMPKINS v. UNITED STATES (37 M. J. 265); SHULER v. UNITED STATES (37 M. J. 265); STOVALL v. UNITED STATES (37 M. J. 265); TURNAGE v. UNITED STATES (37 M. J. 265); WARBINGTON v. UNITED STATES (37 M. J. 265); WILLIAMS v. UNITED STATES (37 M. J. 265); BOYEA v. UNITED STATES (37 M. J. 267); BRENT v. UNITED STATES (37 M. J. 267); BRYANT v. UNITED STATES (37 M. J. 267); DYER v. UNITED STATES (37 M. J. 267); FORRESTER v. UNITED STATES (37 M. J. 267); JAMES v. UNITED STATES (37 M. J. 267); LERDAHL v. UNITED STATES (37 M. J. 267); PAGAN v. UNITED STATES (37 M. J. 267); ROBINSON v. UNITED STATES (37 M. J. 267); TILTON v. UNITED STATES (37 M. J. 267); CARMONA v. UNITED STATES (37 M. J. 268); HENDERSON v. UNITED STATES (37 M. J. 268); JARRETT v. UNITED STATES (37 M. J. 268); JONES v. UNITED STATES (37 M. J. 268); KIM v. UNITED STATES (37 M. J. 268); NORMAN v. UNITED STATES (37 M. J. 268); PALACIOS v. UNITED STATES (37 M. J. 268); BROOME v. UNITED STATES (37 M. J. 269); CHAMNESS v. UNITED STATES (37 M. J. 270); FRY v. UNITED STATES (37 M. J. 270); HAWKINS v. UNITED STATES (37 M. J. 269); MARTINEZ-RODRIGUEZ v. UNITED STATES (37 M. J. 269); McKEE v. UNITED STATES (37 M. J. 269); NEWBY v. UNITED STATES (37 M. J. 270); RIGBYMETH v. UNITED STATES (37 M. J. 269); STORY v. UNITED STATES (37 M. J. 270); THOMPSON v. UNITED STATES (37 M. J. 269); ADAMS v. UNITED STATES (37 M. J. 272); DASCH v. UNITED STATES (37 M. J. 272); HAGUE v. UNITED STATES (37 M. J. 272); IBANEZ v. UNITED STATES (37 M. J. 272); LASTER v. UNITED STATES (37 M. J. 271); MOORE v. UNITED STATES (37 M. J. 272); PHILLIPS v. UNITED STATES (37 M. J. 272); SOLIS v. UNITED STATES (37 M. J. 272); WILLIAMS v. UNITED STATES (37 M. J. 272); COYLE v. UNITED STATES (37 M. J. 273); GRAY v. UNITED STATES (37 M. J. 273); GULLEY v. UNITED STATES (37 M. J. 273); GULLION v. UNITED STATES (37 M. J. 273); HAMILTON-DAVIDSON v. UNITED STATES (37 M. J. 273); HOWE v. UNITED STATES (37 M. J. 273); JONES v. UNITED STATES (37 M. J. 195); THOMAS v. UNITED STATES (37 M. J. 196); STROWBRIDGE v. UNITED STATES (37 M. J. 197); KRONE v. UNITED STATES (37 M. J. 197); POWELL v. UNITED STATES (37 M. J. 197); REYES v. UNITED STATES (37 M. J. 197); NELSON v. UNITED STATES (37 M. J. 200); NEVENER v. UNITED STATES (37 M. J. 200); RAYFORD v. UNITED STATES (37 M. J. 201); WOODS v. UNITED STATES (37 M. J. 200); JIMENEZ v. UNITED

STATES (37 M. J. 202); MEDLIN v. UNITED STATES (37 M. J. 202); MCNICHOLS v. UNITED STATES (37 M. J. 202); PATTERSON v. UNITED STATES (37 M. J. 202); SLATER v. UNITED STATES (37 M. J. 202); SMITH v. UNITED STATES (37 M. J. 202); BRADLEY v. UNITED STATES (37 M. J. 206); DAWSON v. UNITED STATES (37 M. J. 206); ROAF v. UNITED STATES (37 M. J. 206); RODGERS v. UNITED STATES (37 M. J. 206); CLARKSON v. UNITED STATES (37 M. J. 230); FREEMAN v. UNITED STATES (37 M. J. 229); HARRISON v. UNITED STATES (37 M. J. 230); RIPLEY v. UNITED STATES (37 M. J. 230); WILDNAUER v. UNITED STATES (37 M. J. 229); BRATTON v. UNITED STATES (37 M. J. 234); EVANS v. UNITED STATES (37 M. J. 234); HARDAWAY v. UNITED STATES (37 M. J. 234); MORGAN v. UNITED STATES (37 M. J. 234); RAMIREZ v. UNITED STATES (37 M. J. 234); ROBINSON v. UNITED STATES (37 M. J. 234); WHITE v. UNITED STATES (37 M. J. 234); BORMAN v. UNITED STATES (37 M. J. 239); FRAZIER v. UNITED STATES (37 M. J. 239); STARCHER v. UNITED STATES (37 M. J. 239); DAVIS v. UNITED STATES (37 M. J. 240); TALLEY v. UNITED STATES (37 M. J. 242); ANDERSON v. UNITED STATES (37 M. J. 244); BROWN v. UNITED STATES (37 M. J. 246); FISHER v. UNITED STATES (37 M. J. 245); HURST v. UNITED STATES (37 M. J. 245); KIBODEAUX v. UNITED STATES (37 M. J. 246); RAMOS v. UNITED STATES (37 M. J. 246); RILEY v. UNITED STATES (37 M. J. 245); SINGLETON v. UNITED STATES (37 M. J. 244); WEBER v. UNITED STATES (37 M. J. 246); BAILEY v. UNITED STATES (37 M. J. 249); BOWEN v. UNITED STATES (37 M. J. 249); BROOKS v. UNITED STATES (37 M. J. 249); BURRIS v. UNITED STATES (37 M. J. 249); CLARK v. UNITED STATES (37 M. J. 249); DAY v. UNITED STATES (37 M. J. 249); FOWLER v. UNITED STATES (37 M. J. 248); HEATH v. UNITED STATES (37 M. J. 249); HOFFER v. UNITED STATES (37 M. J. 249); LEAVELL v. UNITED STATES (37 M. J. 249); NIMITPATTANA v. UNITED STATES (37 M. J. 249); ORTEGA v. UNITED STATES (37 M. J. 249); PLEAS v. UNITED STATES (37 M. J. 249); PURSELL v. UNITED STATES (37 M. J. 249); SHATEK v. UNITED STATES (37 M. J. 248); ST. GERMAINE v. UNITED STATES (37 M. J. 249); STRUBEN v. UNITED STATES (37 M. J. 249); TINDALL v. UNITED STATES (37 M. J. 249); CANAS v. UNITED STATES (37 M. J. 252); CHOCRON v. UNITED STATES (37 M. J. 253); FIGUEROA v. UNITED STATES (37 M. J. 252); GAFFORD v. UNITED STATES (37 M. J. 252); GALLAGHER v. UNITED STATES (37 M. J. 253); GEORGE v. UNITED STATES (37 M. J. 252); HAMM v. UNITED STATES (37 M. J. 252); HOLMES v. UNITED STATES (37

M. J. 252); JOHNSTON v. UNITED STATES (37 M. J. 252); PATTON v. UNITED STATES (37 M. J. 252); WHITE v. UNITED STATES (37 M. J. 252); DAIL v. UNITED STATES (37 M. J. 255); MORADIAN v. UNITED STATES (37 M. J. 255); BLATHERS v. UNITED STATES (37 M. J. 258); BOYDSON v. UNITED STATES (37 M. J. 259); CONKLIN v. UNITED STATES (37 M. J. 258); EVEN v. UNITED STATES (37 M. J. 258); FITZGERALD v. UNITED STATES (37 M. J. 259); HENSLEY v. UNITED STATES (37 M. J. 258); HESSE v. UNITED STATES (37 M. J. 259); REYNOLDS v. UNITED STATES (37 M. J. 258); STEVENS v. UNITED STATES (37 M. J. 259); WELLMAN v. UNITED STATES (37 M. J. 258); THOMPSON v. UNITED STATES (37 M. J. 259); JONES v. UNITED STATES (37 M. J. 263); PIERRIE v. UNITED STATES (37 M. J. 266); BELL v. UNITED STATES (37 M. J. 269); JOHNSON v. UNITED STATES (37 M. J. 269); and MARSHALL v. UNITED STATES (37 M. J. 260). Ct. Mil. App. Certiorari denied.

No. 92–1711. GREGG v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–1861. CURTIS v. UNITED STATES; WHITE v. UNITED STATES; BLAKE v. UNITED STATES; SIMPSON v. UNITED STATES; and NICHOLS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–9033. RUD v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–68. DOUCETTE v. UNITED STATES; STORTS v. UNITED STATES; WHITFIELD v. UNITED STATES; GRAHAM v. UNITED STATES; HINOJOSA v. UNITED STATES; RUDOLPH v. UNITED STATES; BERBERENA-SIERRA v. UNITED STATES; FRENZ v. UNITED STATES; WINFIELD v. UNITED STATES; YOUNG v. UNITED STATES; GADSON v. UNITED STATES; MOCKMORE v. UNITED STATES; TRIPODI v. UNITED STATES; KLINKO v. UNITED STATES; NEWBERRY v. UNITED STATES; WILLIAMS v. UNITED STATES; BRUCE v. UNITED STATES; MCMILLAN v. UNITED STATES; MESA v. UNITED STATES; NAVARRO v. UNITED STATES; HABEGGER v. UNITED STATES; HERZOG v. UNITED STATES; STEEG v. UNITED STATES; COLON v. UNITED STATES; JONES v. UNITED STATES; and RUSINSKAS v. UNITED STATES. Ct. Mil. App. Certiorari denied.